**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

NORMAN HYMAN,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  **20-16809 RG**

### NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | PICILLO AND PICILLO PC |
| Trustee Claim #: | 17 |
| Court Claim #: | 5 |
| Claimed Amount: | $5,967.18 |
| Date Claim Filed: | 08/02/2020 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The creditor must file a proof of claim with the Court using a proper claim form in order to have the claim scheduled by the Trustee pursuant to the plan or any relevant order.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  August 05, 2020

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

NORMAN HYMAN
176 PARK AVE
RANDOLPH, NJ    07869-3445

J. TODD MURPHY
TODD MURPHY LAW
90 WASHINGTON VALLEY RD.
BEDMINSTER, NJ    07921

PICILLO AND PICILLO PC
21 E HIGH ST
SOMERVILLE, NJ    08876-2320