UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing, LLC

In Re:

Norman Hyman,

Debtor.

Case No.:   20-16809-RG

Chapter:   13

Hearing Date:   n/a

Judge:   Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Notices of Forbearance (Docket # 25, 42)

_____

Date: 10/29/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*