J. TODD MURPHY  
TODD MURPHY LAW  
90 WASHINGTON VALLEY RD.  
BEDMINSTER, NJ  07921

Re: NORMAN HYMAN  
176 PARK AVE  
RANDOLPH, NJ  07869-3445

Atty: J. TODD MURPHY  
TODD MURPHY LAW  
90 WASHINGTON VALLEY RD.  
BEDMINSTER, NJ  07921

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 20-16809

### RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/01/2020 | $1,543.40 | 6829879000 | 07/02/2020 | $400.00 | 6913743000 |
| 08/03/2020 | $400.00 | 6985555000 | 09/02/2020 | $400.00 | 7058759000 |
| 10/02/2020 | $400.00 | 7132229000 | 11/02/2020 | $400.00 | 7198243000 |
| 12/02/2020 | $210.00 | 7277493000 | 01/04/2021 | $210.00 | 7346973000 |

**Total Receipts: $3,963.40  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,963.40**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 297.26 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ANESTHESIA ASSOC OF MORRISTOW NJ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | ARVAY ORTHODONTICS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | COMMUNITY LOAN SERVICING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BETZ-MITCHELL ASSOCIATES INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,409.40 | 0.00% | 0.00 | 0.00 |
| 0012 | KELLER WILLIAMS REALTY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | MACYS/DSNB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | NATIONAL RECOVERY AGENCY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | PICILLO AND PICILLO PC | UNSECURED | 5,967.18 | 0.00% | 0.00 | 0.00 |
| 0018 | SOCIAL SECURITY ADMINISTRATION | UNSECURED | 11,286.00 | 100.00% | 0.00 | 0.00 |
| 0019 | ST CLARES HOSPIAL | UNSECURED | 456.00 | 0.00% | 0.00 | 0.00 |
| 0022 | VENGROFF WILLIAMS INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 650.79 | 0.00% | 0.00 | 0.00 |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | JP MORGAN CHASE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $297.26**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $3,963.40    -    Paid to Claims: $0.00    -    Admin Costs Paid: $297.26    =    Funds on Hand: $3,666.14

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.