Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−16809−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Norman Hyman
176 Park Ave
Randolph, NJ 07869−3445

Social Security No.:
xxx−xx−0148

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 21, 2021.

On 05/06/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date: June 16, 2021
Time: 08:30 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 6, 2021
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-16809-RG
Norman Hyman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: May 06, 2021    Form ID: 185    Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Norman Hyman, 176 Park Ave, Randolph, NJ 07869-3445 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Picillo & Picillo, PC, 21 East High Street, Somerville, NJ 08876-2320 |
| 518842666 | | Anesthesia Assoc of Morristow NJ, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 518842667 | | Arvay Orthodontics, 28 Dehart St, Morristown, NJ 07960-5210 |
| 518842668 | | Atlantic Health System, PO Box 21285, New York, NY 10087-1285 |
| 518842670 | | Betz-Mitchell Associates Inc., 265 Post Ave Ste 200, Westbury, NY 11590-2234 |
| 518842671 | + | Buffie Hyman, 75 Horseneck Road, Montville, N.J. 07045-9310 |
| 518842674 | | Emergency Physicains of St Clares LLC, PO Box 51028, Newark, NJ 07101-5128 |
| 518842676 | | Keller Williams Real Estate, 44 Whippany Rd, Morristown, NJ 07960-4558 |
| 518842677 | + | Keller Williams Realty, 44 Whippany Rd Ste 230, Morristown, NJ 07960-4536 |
| 518842681 | | Phelan Hallinan & Diamond PC, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518842682 | | Picillo and Picillo PC, 21 E High St, Somerville, NJ 08876-2320 |
| 518931954 | + | St. Clare's Health Svc, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518842684 | | St. Clare's Health Svc, PO Box 536598, Pittsburgh, PA 15253-5907 |
| 518842685 | | State of New Jersey, Administration, 595 Newark Ave Bldg 6Th, Jersey City, NJ 07306-2394 |
| 518842686 | | Vengroff Williams Inc, PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518842669 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 06 2021 20:45:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1873 |
| 518877113 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 06 2021 22:17:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518842672 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 06 2021 22:16:11 | Capital One Bank USA N, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518842673 | | Email/Text: bankruptcy@certifiedcollection.com | May 06 2021 20:46:00 | Certified Credit and Collection Burequ, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518999657 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 06 2021 20:45:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518999656 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 06 2021 20:45:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518842678 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | May 06 2021 22:14:58 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 518842675 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2021 20:45:00 | IRS, 955 S Springfield Ave Bldg A, Springfield, NJ 07081-3570 |
| 518892031 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 06 2021 22:17:32 | JP Morgan Chase, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 518842679 | Email/Text: Bankruptcies@nragroup.com | May 06 2021 20:47:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 518842680 | Email/Text: Bankruptcies@nragroup.com | May 06 2021 20:47:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 518860640 | + Email/Text: newyork.bnc@ssa.gov | May 06 2021 20:46:00 | Social Security Administration, 1500 Woodlawn Dr., Baltimore, MD 21241-1500 |
| 518842683 | Email/Text: newyork.bnc@ssa.gov | May 06 2021 20:46:00 | Social Security Administration, PO Box 2000, Richmond, CA 94802-1791 |
| 518911643 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 06 2021 22:17:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518842687 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 06 2021 20:45:00 | Verizon Wireless, 500 Technology Dr Ste 500, Weldon Spring, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518916075 | | BAYVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. Todd Murphy | on behalf of Debtor Norman Hyman tmurphy@toddmurphylaw.com tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com |
| Marie-Ann Greenberg | |

District/off: 0312-2     User: admin     Page 3 of 3

Date Rcvd: May 06, 2021     Form ID: 185     Total Noticed: 34

         magecf@magtrustee.com

Natalee Picillo

         on behalf of Creditor Picillo & Picillo  PC picillopicillo@aol.com

U.S. Trustee

         USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6