**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

NORMAN HYMAN

**Case No.:  20-16809**

**Adv. No.:**

**Hearing Date:**

**Judge:  RG**

### CERTIFICATION OF SERVICE

1.  I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 09/21/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
NORMAN HYMAN
176 PARK AVE
RANDOLPH, NJ  07869-3445
Mode of Service:  Regular Mail

Attorney for Debtor(s):
J. TODD MURPHY
TODD MURPHY LAW
90 WASHINGTON VALLEY RD.
BEDMINSTER, NJ  07921
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  September 21, 2022

By:   /S/  Jessica Antoine
Jessica Antoine