Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−16809−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Norman Hyman
   176 Park Ave
   Randolph, NJ 07869−3445

Social Security No.:
   xxx−xx−0148

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/4/22 at 10:00 AM

to consider and act upon the following:

85 − Objection to Application for Retention of Professional (related document:80 Application For Retention of Professional ReMax House Values as Realtor Filed by J. Todd Murphy on behalf of Norman Hyman. Objection deadline is 9/28/2022. (Attachments: # 1 Certification of professional) (Murphy, J.) filed by Debtor Norman Hyman) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/28/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court