UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 20-16809 |
| Norman Hyman | Chapter: 13 |
| | Judge: Gambardella |

### NOTICE OF PROPOSED PRIVATE SALE

__Norman Hyman__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton<br>Clerk's Office<br>Calrkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __Nov 2, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3E__, __50 Walnut St., Newark NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| | |
|---|---|
| Description of property to be sold: | 176 Park Ave., Randolph NJ 07869<br>Block 27, Lot 56 Township of Randolph, Morris County NJ |

| | |
|---|---|
| Proposed Purchaser: | Fox STF Properties LLC |

| | |
|---|---|
| Sale price: | $350,000 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Remax House Values; J. Todd Murphy, Esq. |
| Amount to be paid: | Brokers Commission $2000; Attorney Fee $2500 |
| Services rendered: | The broker secured the purchasers for the property and facilitated the sale;<br><br>Attorney services include review of Contract, preparation of and negotiation of Attorney Review letters, closing documents, attendance at closing. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: J. Todd Murphy, Esq., Dublin Packard

Address: 55 Madison Ave., Suite 400, Morristown NJ 07960

Telephone No.: 973-816-2943

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Norman Hyman  
    Debtor

Case No. 20-16809-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 28, 2022      Form ID: pdf905      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Norman Hyman, 176 Park Ave, Randolph, NJ 07869-3445 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Picillo & Picillo, PC, 21 East High Street, Somerville, NJ 08876-2320 |
| 518842666 | | Anesthesia Assoc of Morristow NJ, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 518842667 | | Arvay Orthodontics, 28 Dehart St, Morristown, NJ 07960-5210 |
| 518842668 | | Atlantic Health System, PO Box 21285, New York, NY 10087-1285 |
| 518842670 | | Betz-Mitchell Associates Inc., 265 Post Ave Ste 200, Westbury, NY 11590-2234 |
| 518842671 | + | Buffie Hyman, 75 Horseneck Road, Montville, N.J. 07045-9310 |
| 518842674 | | Emergency Physicains of St Clares LLC, PO Box 51028, Newark, NJ 07101-5128 |
| 518842676 | + | Keller Williams Real Estate, 44 Whippany Rd, Morristown, NJ 07960-4536 |
| 518842677 | + | Keller Williams Realty, 44 Whippany Rd Ste 230, Morristown, NJ 07960-4536 |
| 518842681 | | Phelan Hallinan & Diamond PC, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518842682 | | Picillo and Picillo PC, 21 E High St, Somerville, NJ 08876-2320 |
| 518931954 | + | St. Clare's Health Svc, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518842684 | | St. Clare's Health Svc, PO Box 536598, Pittsburgh, PA 15253-5907 |
| 518842685 | | State of New Jersey, Administration, 595 Newark Ave Bldg 6Th, Jersey City, NJ 07306-2394 |
| 518842686 | | Vengroff Williams Inc, PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518842669 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 28 2022 20:26:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1839 |
| 518877113 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2022 20:29:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518842672 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 20:29:29 | Capital One Bank USA N, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518842673 | | Email/Text: bankruptcy@certifiedcollection.com | Sep 28 2022 20:27:00 | Certified Credit and Collection Burequ, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518999657 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2022 20:27:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518999656 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2022 20:27:00 | Community Loan Servicing, LLC, 4425 Ponce De |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518842678 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2022 20:29:51 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 518842675 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2022 20:27:00 | IRS, 955 S Springfield Ave Bldg A, Springfield, NJ 07081-3570 |
| 518892031 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2022 20:29:45 | JP Morgan Chase, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 519669537 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2022 20:27:00 | Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 519669538 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2022 20:27:00 | Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, C/O RightPath Servicing |
| 518842679 | | Email/Text: Bankruptcies@nragroup.com | Sep 28 2022 20:27:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 518842680 | | Email/Text: Bankruptcies@nragroup.com | Sep 28 2022 20:27:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 518860640 | + | Email/Text: ssa.bankruptcy@ssa.gov | Sep 28 2022 20:27:00 | Social Security Administration, 1500 Woodlawn Dr., Baltimore, MD 21241-1500 |
| 518842683 | | Email/Text: ssa.bankruptcy@ssa.gov | Sep 28 2022 20:27:00 | Social Security Administration, PO Box 2000, Richmond, CA 94802-1791 |
| 518911643 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2022 20:29:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518842687 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2022 20:26:00 | Verizon Wireless, 500 Technology Dr Ste 500, Weldon Spring, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518916075 | | BAYVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 28, 2022 | Form ID: pdf905 | Total Noticed: 36 |

**below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Brian C. Nicholas | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. Todd Murphy | on behalf of Debtor Norman Hyman tmurphy@toddmurphylaw.com tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Natalee Picillo | on behalf of Creditor Picillo & Picillo  PC picillopicillo@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10