Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−16809−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Norman Hyman
   176 Park Ave
   Randolph, NJ 07869−3445

Social Security No.:
   xxx−xx−0148

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/3/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 3, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Norman Hyman  
    Debtor

Case No. 20-16809-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 03, 2022      Form ID: 148      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Norman Hyman, 176 Park Ave, Randolph, NJ 07869-3445 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Picillo & Picillo, PC, 21 East High Street, Somerville, NJ 08876-2320 |
| 518842666 | | Anesthesia Assoc of Morristow NJ, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 518842667 | | Arvay Orthodontics, 28 Dehart St, Morristown, NJ 07960-5210 |
| 518842668 | | Atlantic Health System, PO Box 21285, New York, NY 10087-1285 |
| 518842670 | | Betz-Mitchell Associates Inc., 265 Post Ave Ste 200, Westbury, NY 11590-2234 |
| 518842671 | + | Buffie Hyman, 75 Horseneck Road, Montville, N.J. 07045-9310 |
| 518842674 | | Emergency Physicains of St Clares LLC, PO Box 51028, Newark, NJ 07101-5128 |
| 518842676 | + | Keller Williams Real Estate, 44 Whippany Rd, Morristown, NJ 07960-4536 |
| 518842677 | + | Keller Williams Realty, 44 Whippany Rd Ste 230, Morristown, NJ 07960-4536 |
| 518842681 | | Phelan Hallinan & Diamond PC, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518842682 | | Picillo and Picillo PC, 21 E High St, Somerville, NJ 08876-2320 |
| 518842684 | | St. Clare's Health Svc, PO Box 536598, Pittsburgh, PA 15253-5907 |
| 518931954 | + | St. Clare's Health Svc, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518842685 | | State of New Jersey, Administration, 595 Newark Ave Bldg 6Th, Jersey City, NJ 07306-2394 |
| 518842686 | | Vengroff Williams Inc, PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 03 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518842669 | + | EDI: LCIBAYLN | Nov 04 2022 00:33:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1839 |
| 518877113 | + | EDI: AIS.COM | Nov 04 2022 00:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518842672 | | EDI: CAPITALONE.COM | Nov 04 2022 00:33:00 | Capital One Bank USA N, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518842673 | | Email/Text: bankruptcy@certifiedcollection.com | Nov 03 2022 20:39:00 | Certified Credit and Collection Burequ, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518999657 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2022 20:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518999656 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2022 20:38:00 | Community Loan Servicing, LLC, 4425 Ponce De |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518842678 | + | EDI: CITICORP.COM | Nov 04 2022 00:33:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 518842675 | | EDI: IRS.COM | Nov 04 2022 00:33:00 | IRS, 955 S Springfield Ave Bldg A, Springfield, NJ 07081-3570 |
| 518892031 | | EDI: JPMORGANCHASE | Nov 04 2022 00:33:00 | JP Morgan Chase, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 519669537 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2022 20:38:00 | Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 519669538 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2022 20:38:00 | Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, C/O RightPath Servicing |
| 518842679 | | Email/Text: Bankruptcies@nragroup.com | Nov 03 2022 20:39:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 518842680 | | Email/Text: Bankruptcies@nragroup.com | Nov 03 2022 20:39:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 518860640 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 03 2022 20:38:00 | Social Security Administration, 1500 Woodlawn Dr., Baltimore, MD 21241-1500 |
| 518842683 | | Email/Text: ssa.bankruptcy@ssa.gov | Nov 03 2022 20:38:00 | Social Security Administration, PO Box 2000, Richmond, CA 94802-1791 |
| 518911643 | + | EDI: AIS.COM | Nov 04 2022 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518842687 | | EDI: VERIZONCOMB.COM | Nov 04 2022 00:33:00 | Verizon Wireless, 500 Technology Dr Ste 500, Weldon Spring, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518916075 | | BAYVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 03, 2022 | Form ID: 148 | Total Noticed: 36 |

**below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Brian C. Nicholas | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. Todd Murphy | on behalf of Debtor Norman Hyman tmurphy@toddmurphylaw.com tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Natalee Picillo | on behalf of Creditor Picillo & Picillo  PC picillopicillo@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10